BELLE C. SALMON, Respondent, v. TOWN OF PITTSFORD and Others, Appellants. — Judgment modified and as modified affirmed, with costs to the respondent against the appellants. All concur.

In the Matter of the Construction of the Last Will and Testament of H. SHATTUCK COUGHLIN, Deceased.— Decree so far as appealed from affirmed on the opinion of Wheeler, S. [149 Misc. 672], with one bill of costs to the respondents, payable out of the estate. All concur.

In the Matter of the Application of CHARLES W. VAN AUKEN, by MAUDE L. VAN AUKEN, His Attorney in Fact, for a Determination as to the Validity, Construction and Effect of the Disposition of Property Contained in the Last Will and Testament of WILLARD A. PETRIE, Deceased.— Decree affirmed, with one bill of costs to respondents, payable out of the estate. All concur.

ANTHONY J. MAJESKI, Appellant, v. JESSE C. DANN, SR., and Others, Respondents.— Judgment affirmed, with costs. All concur.

HAZEL CORDES, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

MERRITT F. CORDES, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

VERONICA TURNER, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

JOSEPH TURNER, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

HENRY BECKLEY, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

HENRY C. RATH, Respondent, v. CHARLES F. GREENING, as One of the Executors, etc., of MARY A. RATH, Deceased, and PEARL L. DIBBLE, as the Other Executor, etc., of MARY A. RATH, Deceased, and PEARL L. DIBBLE, Individually, Defendants. — Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. DONNER-HANNA COKE CORPORATION, Respondent, v. CHARLES J. REULING and Others, as and Constituting the Board of Assessors of the City of Buffalo, Appellants.— Order affirmed, with costs. All concur.

CHRISTINA BRAUNE, Appellant, v. ERNESTINE KORST and Another, as Administrators, etc., of ERNESTINE REINHARDT, Deceased, and Another, Respondents.— Judgment affirmed, with costs. Memorandum: We find enough in the record to warrant a finding that plaintiff held Nieman out to defendants as her agent to receive payment of principal and interest on the bond and mortgage. All concur.

ANNA E. PETERS, Appellant, v. EDWARD CARNEY, Respondent.— Judgments and order affirmed, with costs. All concur.

ELLA SMITH, Appellant, v. EDWARD CARNEY, Respondent.— Judgments and order affirmed, with costs. All concur.

ANTHONY PETERS, Appellant. v. EDWARD CARNEY, Respondent.— Judgments and order affirmed, with costs. All concur.

RICHARD W. WHITE, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 21913.) — Judgment affirmed, with costs. All concur.

In the Matter of the Application of LENA S. JACKSON, Appellant, for a Mandamus Order against CHARLES L. PRINGLE, as Comptroller of the County of Oneida, New York, Respondent.— Order affirmed, without costs. All concur.